# EXHIBIT A



**GLENN FELDMANN**
GLENN FELDMANN DARBY&GOODLATTE

PAUL G. BEERS
Direct Dial (540) 224-8035
E-mail pbeers@glennfeldmann.com

July 20, 2018

**BY ELECTRONIC MAIL**

Ronald M. Huber, Esq.
Assistant United States Attorney
United States Attorney's Office
255 West Main Street, Room 130
Charlottesville, Virginia 22902

Re:   United States of America v. Jalen Cormarrius Terry
      Case No. 4:18CR00012

Dear Ron:

We continue to represent Jalen Terry by appointment.

I write to follow-up the voicemail we left you yesterday concerning the identity of a government informant and material witness.

At Mr. Terry's detention hearing on June 25, the defense examined the government's case agent. The agent testified that the government's prosecution of Mr. Terry is based substantially upon information received from an unidentified informant who purportedly witnessed violent acts in aid of racketeering alleged in several counts of the indictment. Because the informant allegedly participated in some or all the racketeering and firearms offenses described in the indictment or is a material witness with respect to those charged offenses, Mr. Terry is entitled to know his or her identity and whereabouts.

If we do not hear from you in response to this letter by July 27, we will assume our request for disclosure is denied.

Very truly yours,

*Paul G. Beers*

PGB:tgm:16501393

c:    Mr. Jalen C. Terry (By First Class Mail)

37 Campbell Avenue S.W.  |  P.O. Box 2887 (24001)  |  Roanoke, Virginia 24011  |  MAIN 540 224 8000  |  FAX 540 224 8050  |  www.glennfeldmann.com

**MERITAS**
LAW FIRMS WORLDWIDE