IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:18-cr-00012 |
| v. | ) | |
| | ) | |
| DASHAWN ANTHONY, et al., | ) | By: Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

## SCHEDULING ORDER

In order to protect the rights of the parties and ensure the timely and efficient trial of this large, complex criminal case, the following pretrial deadlines are established:

1. This case is set for trial for seven weeks to begin on January 13, 2020 in the first floor courtroom in Roanoke.

2. The government shall substantially complete all pretrial discovery by April 1, 2019.

3. The government shall identify its case-in-chief trial witnesses and provide digital copies of its trial exhibits to the clerk and defense counsel by August 9, 2019.

4. The government shall file its proposed jury instructions and verdict form by August 23, 2019.

5. The defendants shall file any objections to the government's proposed jury instructions and verdict form by September 6, 2019.

6. The court will conduct pretrial hearings on the following dates and times in the first floor courtroom in Roanoke:

   a. Friday, January 25, 2019 at 2 p.m. At this hearing, the court will address all motions to sever and pretrial motions noticed by the parties. Pursuant to Fed. R. Crim. P. 12(c)(3), absent good cause, the court will not address pretrial any other motions to sever after this hearing.

   b. Friday, April, 12, 2019 at 2 p.m. At this hearing, the court will address the composition of the jury and a proposed jury questionnaire and other pretrial matters noticed by the parities.

   c. Friday, June 7, 2019 at 2 p.m. At this hearing, the court will address any motions to suppress and other pretrial matters noticed by the parties. Pursuant to Fed. R. Crim. P. 12(c)(3), absent good cause, the court will not address pretrial any motions to suppress after this hearing.

   d. Friday, July 19, 2019 at 2 p.m. At this hearing, the court will address any motions to dismiss the indictment and other pretrial matters noticed by the parties. Pursuant to Fed. R. Crim. P. 12(c)(3), absent good cause, the court will not address pretrial any other motions to dismiss the indictment after this hearing.

   e. Friday, August 23, 2019 at 2 p.m. Additional pretrial conference.

   f. Friday, December 6, 2019 at 2 p.m. Additional pretrial conference.

   g. Friday, December 20, 2019 at 2 p.m. Final pretrial conference.

7. All pretrial motions shall be filed by the parties **no later than fourteen (14) days before the date set for hearing**, pursuant to Fed. R. Crim. P. 12(c)(1). A motion must state the grounds on which it is based and the relief or order sought. Motions raising questions of law must be supported by legal memoranda filed contemporaneously therewith.

8. A party opposing a pretrial motion shall file its response and legal memorandum **no later than seven (7) days after the filing of the motion.**

9. Should the parties wish to address any issues regarding the schedule of this case, they should contact the court's Courtroom Deputy Clerk Kristin Ayersman at Kristina@vawd.uscourts.gov (540) 857-5153. Any other matters needing the court's attention may be directed to the court's Law Clerks David Kahan at Davidk@vawd.uscourts.gov (540) 857-5124 or Allison Bailey at Allisonbb@vawd.uscourts.gov (540) 857-5124.

It is so **ORDERED**.

Entered: December 4, 2018

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge