| | |
|---|---|
| 1 | Laboratory Report (Lab Reports) |
| 4 | Chain of Custody (CoC) |
| 1 | Activity and Communication Log (Administrative Documents) |
| | Case Notes, Log (Exam Notes) |
| | Instrument Print Outs, Charts, Graphs (Exam Notes) |
| | Negatives (Exam Notes) |
| | Photographs (Exam Notes) |
| | ECS Search Slip (Administrative Documents) |
| 2 | Shipping Invoice (Administrative Documents) |
| | Review Forms (Administrative Documents) |
| | Legal Authority (Legal Authority) |
| 8 | Request Documentation (Administrative Documents) |
| | Media (Exam Notes): _____ |
| | Other: _____ |

UCFN: _____  IA Serial 377

( ) denotes location where items are to be filed.

ADMINISTRATIVE

LEGAL