CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 14 2020

JULIA C. DUDLEY, CLERK
BY: /s/ Seegle
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:18-cr-00012 |
| v. | ) | |
| | ) | |
| JALEN CORMARRIUS TERRY, | ) | |
| | ) | By: Michael F. Urbanski |
| Defendant. | ) | Chief United States District Judge |

### ORDER

This matter comes before the court in response to a letter received by the court from counsel for defendant Jalen Terry, attached hereto as **Exhibit A**. Pursuant to Mr. Terry's request, the court will dismiss as moot ECF Nos. 435, 436, 439, 485, and 486. Further, pursuant to Mr. Terry's request, the court will defer for at least 60 days any consideration of ECF No. 474. Finally, pursuant to Mr. Terry's request, the court will hear argument on ECF Nos. 479 and 487 at the scheduled March 6, 2020 hearing.

Accordingly, the court **DISMISSES** as moot ECF Nos. 435, 436, 439, 485, and 486; **DEFERS** consideration of ECF No. 474 for at least 60 days, until no earlier than April 13, 2020; and **DIRECTS** the parties that argument related to ECF Nos. 479 and 487 will be heard at the scheduled March 6, 2020 hearing.

It is so **ORDERED**.

Entered: 02/14/2020

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge

## EXHIBIT A



PAUL G. BEERS
Direct Dial (540) 224-8035
E-mail pbeers@glennfeldmann.com

February 12, 2020

**BY ELECTRONIC MAIL**

The Honorable Michael F. Urbanski
Chief United States District Judge
United States District Court
210 Franklin Road, S.W., Suite 350
Roanoke, Virginia 24011-2208

Re: United States v. Jalen Cormarrius Terry
Case No. 4:18CR00012

Dear Judge Urbanski:

Thank you for the Court's inquiry of February 11, 2020, with respect to the pretrial motions designated on the docket as ECF Nos. 435, 436, 439, 474, 479, 485, 486, and 487. These pretrial motions were filed by another counsel of record on behalf of all defendants.

Mr. Terry abandons ECF Nos. 435, 436, 439, 485, and 486. Mr. Terry asks the Court to defer for at least 60 days any consideration of ECF No. 474. See ECF No. 474, Page id #: 2684, ¶ 5 ("Should the Government provide some context and explanation as to the authenticity, foundation and completeness of each of the 1,561 trial exhibits it disclosed and caused each defendant to review, it is possible the defendants and the Government may be able to resolve these issues.").

Mr. Terry proposes that the Court on March 6, 2020, take up ECF Nos. 479 and 487.

Thank you for noting Mr. Terry's position on these pretrial motions.

Sincerely,

Paul G. Beers

PGB:tgm:2342041
c: Heather L. Carlton, Esq. (By Electronic Mail)
Ronald M. Huber, Esq. (By Electronic Mail)
Zachary Adorno, Esq. (By Electronic Mail)
Ms. Kristin Ayersman (By Electronic Mail)


MERITAS
LAW FIRMS WORLDWIDE