IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - GUILTY PLEA HEARING

Case No.: 4:18CR00012-008          Date: 3/6/2020

**Defendant:** Jalen Cormmarius Terry, custody          **Counsel:** Paul Beers, CJA

PRESENT:
- JUDGE: Michael F. Urbanski, CUSDJ
- Deputy Clerk: Kristin Ayersman
- Court Reporter: JoRita Meyer
- U. S. Attorney: Ron Huber, Heather Carlton
- USPO: Kim Falatic
- Case Agent: none present
- Interpreter: none needed

TIME IN COURT: 2:48- 3:38 50m

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreement filed with court; SOF filed with the court.
- ☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☐ Defendant re-arraigned as to Counts Enter counts to which pleading guilty
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court finds the defendant competent and capable of making a knowing and informed plea and accepts the plea and plea agreement.
- ☒ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests.
- ☒ Court finds defendant guilty as charged in Counts One and Three
  OR
- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 1, 3 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☐ Defendant to remain on bond.
- ☒ Defendant remanded to custody.
- ☒ Sentencing hearing scheduled for TBD before Judge Urbanski.

<u>Additional Information:</u>
US will get answer re appeal issue to court/parties.
US notes for court/record that the victims believe that the sentencing range that the dft has pled to is insufficient in this case.
    Court addresses.